IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Bernardino Angel<br>5061 1st Street NW, Apt. 202<br>Washington, DC 20011<br><br>Simeon Alvarado Velasquez<br>5061 1st Street NW, Apt. 202<br>Washington, DC 20011<br><br>Melvin Omar Soto Guzman<br>3012 Sherman Avenue NW<br>Washington, DC 20001<br><br>    Plaintiffs,<br><br>v.<br><br>DSI Building Services, Inc.<br>1433 Blandfield Court<br>Vienna, Virginia 22182<br><br>    Serve:  William Giery<br>                1433 Blandfield Court<br>                Vienna, Virginia 22182<br><br>    Defendant. | Civil Action No. |

## COMPLAINT

Plaintiffs, Bernardino Angel, Simeon Alvarado Velasquez and Melvin Omar Soto Guzman ("Plaintiffs"), by and through their attorneys, Mary Craine Lombardo and Stein Sperling Bennett De Jong Driscoll PC, hereby file their Complaint against DSI Building Services, Inc. ("Defendant"), under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* ("FLSA"), the D.C. Minimum Wage Revision Act ("DCMWRA"), and the D.C Wage Payment and Collection Law ("DCWCL"), stating as follows:

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3718725_1

## INTRODUCTION

Plaintiffs worked for Defendant as laborers. Instead of paying overtime at a rate of one and a half times their regular wage as required by DC and federal law, Defendant paid Plaintiffs for overtime in cash, but only at their regular rates. Defendant has willfully violated the clear and well-established overtime provisions of the FLSA and the DCMWRA. Plaintiffs seek compensatory and statutory damages for all unpaid overtime compensation, as well as attorneys' fees and costs.

## JURISDICTION & VENUE

1. This Court has subject matter jurisdiction over the causes of action alleged in this Complaint pursuant to 28 U.S.C. §§ 1331 and 1367, and 29 U.S.C. § 216.

2. Venue is proper pursuant to 28 U.S.C. § 1391.

## PARTIES

3. Plaintiffs are adult residents of the District of Columbia.

4. Defendant DSI Building Services, Inc. is a Virginia corporation with its principal place of business in Vienna, Virginia.

5. At all times material herein, Defendant had annual gross volume of sales made or business done in an amount exceeding $500,000.

6. Defendant has at least two or more employees who are engaged in interstate commerce and/or handle, sell, or otherwise work on goods or materials that have been moved or produced for commerce. Defendant also processes credit card transactions for customer payments and purchases equipment and materials that move in interstate commerce.

7. Defendant is an "employer" within the meaning of the FLSA and the DCMWRA.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

## FACTS

8. Plaintiffs were employed by Defendant as laborers beginning in June 2011 (the "Employment Period").

9. Plaintiff Bernardino Angel was paid at a rate of $12.00 per hour and worked for 156 weeks. He worked approximately 17.5 hours of overtime each week and is owed approximately $16,380.00 in overtime wages.

10. Plaintiff Simeon Alvarado Velasquez was paid at a rate of $12.50 per hour and worked for 156 weeks. He worked approximately 17.5 hours of overtime each week and is owed approximately $17,063.28 in overtime wages.

11. Plaintiff Melvin Omar Soto Guzman was paid at a rate of $10.50 per hour and worked for 156 weeks. He worked approximately 17.5 hours of overtime each week and is owed approximately $14,333.28 in overtime wages.

12. Plaintiffs were not paid one and a half times the regular hourly rate for hours worked in excess of forty per week.

13. Plaintiffs were paid any hours in excess of forty per week, if paid at all, at their regular rate of pay in cash.

14. Plaintiffs are owed overtime and regular wages that Defendant willfully failed and refused to pay to Plaintiffs in violation of DC and federal law.

15. By statute, Defendant is required to maintain records which document the number of days Plaintiffs worked.

16. The precise number of hours worked, and wages owed, should be revealed through discovery.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3718725_1

17. Defendant knowingly and intentionally violated Plaintiffs' rights under Washington, DC and federal law.

## COUNT I
## (DCMWRA)

18. Plaintiffs adopt herein by reference paragraphs 1 through 17 above as if fully set forth herein.

19. Throughout the Employment Period, Defendant failed to properly pay Plaintiffs overtime required by the DCMWRA.

20. Unpaid wages are due and owing to Plaintiffs by Defendant.

21. Defendant's failure and refusal to comply with its obligations under the DCMWRA was willful and not in good faith.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter judgment against Defendant and in favor of Plaintiffs in an amount to be determined at trial, but not less than $95,553.12, which is two times the total overtime wages owed, and grant to Plaintiffs their reasonable attorneys' fees and costs, and such other and further relief as the Court deems just and proper.

## COUNT II
## (FLSA)

22. Plaintiffs adopt herein by reference paragraphs 1 through 17 above as if fully set forth herein.

23. Throughout the Employment Period, Defendant failed to compensate Plaintiffs at the rate of one and a half times the minimum hourly wage for all hours worked in excess of forty hours per week.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

24. Defendant's actions complained of herein constitute a willful violation of Sections 206 and 207 of the FLSA.

25. Defendant's violation makes it liable to Plaintiffs for all unpaid wages and unpaid overtime compensation, and in addition an equal amount as liquidated damages.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter judgment against Defendant and in favor of Plaintiffs in amount to be determined at trial, but not less than $95,553.12, which is two times the overtime wages owed, and grant to Plaintiffs their reasonable attorneys' fees and costs, and such other and further relief as the Court deems just and proper.

## COUNT III
### (Violation of the DC Wage Payment and Collection Law)

26. Plaintiffs adopt herein by reference paragraphs 1 through 17 above as if fully set forth herein.

27. The amounts owed to Plaintiffs by Defendant for unpaid overtime constitute "wages" under the DCMWRA.

28. While employed by Defendant, Plaintiffs worked overtime hours that were not properly compensated by Defendant as required by the DCMWRA.

29. Unpaid overtime wages are due and owing to Plaintiffs by Defendant.

30. Defendant's failure and refusal to comply with its obligations under the DCMWRA was not due to any bona fide dispute, and was therefore willful and not in good faith.

WHEREFORE, Plaintiffs respectfully request this Honorable Court to enter judgment against Defendant and in favor of Plaintiffs in an amount to be determined at trial, but not less than $95,553.12, which is two times the overtime wages owed, and to grant to Plaintiffs their reasonable attorneys' fees and costs and such other and further relief as the Court deems just and proper.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC


By:      <u>/s/ *Mary Craine Lombardo*</u>
       Mary Craine Lombardo (DC Bar 495881)
       25 West Middle Lane
       Rockville, Maryland 20850
       (301) 340-2020
       (301) 354-8126 – fax
       mlombardo@steinsperling.com

*Attorneys for Plaintiffs*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020