IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERNARDINO ANGEL, *et al.*, : | |
| : | |
| Plaintiffs, : | Case No. 1:14-cv-01347 |
| : | |
| v. : | |
| : | |
| DSI BUILDING SERVICES, INC. : | |
| : | |
| Defendant. : | |

**CONSENT MOTION TO RESCHEDULE AUGUST 19, 2015
SETTLEMENT CONFERENCE TO SEPTEMBER 11, 2015**

Plaintiffs Bernardino Angel, Alvarado Velasquez and Melvin Omar Soto Guzman ("Plaintiffs"), by and through their attorneys, Mary Craine Lombardo and Stein Sperling Bennett De Jong Driscoll PC, respectfully move this Honorable Court to reschedule the Settlement Conference currently scheduled for August 19, 2015 to September 11, 2015, stating as follows:

1. The Settlement Conference in this case is currently scheduled for 10:00 a.m. on August 19, 2015. Counsel intends to dedicate as much time as needed to the Settlement Conference if there is a possibility of resolving this matter without the need for a trial.

2. Plaintiffs' counsel is scheduled to be away on August 19, 2015. Counsel requested that Mr. May, Defendant's counsel, consent to rescheduling the Settlement Conference and Mr. May kindly agreed to reschedule the Settlement Conference to September 11, 2015.

3. Undersigned counsel has also confirmed that Defendant and Defendant's counsel can attend on September 11, 2015.

Wherefore, Plaintiffs respectfully request that this Honorable Court grant their Motion and reschedule the Settlement Conference from August 19, 2015 to September 11, 2015.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

4193435_1

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC


By:       /s/ *Mary Craine Lombardo*
Mary Craine Lombardo (#495881)
25 West Middle Lane
Rockville, Maryland 20850
301-340-2020
301-354-8126 (facsimile)
mlombardo@steinsperling.com

*Attorneys for Plaintiffs*


CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this _____ day of August, 2015, a copy of the foregoing was served via the Court's electronic filing system on the following person(s):

> Jeffrey L. Rhodes
> Michael C. May
> ALBO & OBLON, LLP
> 2200 Clarendon Blvd., Suite 1201
> Arlington, VA 22201


      /s/ *Mary Craine Lombardo*
    Mary Craine Lombardo

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

4193435_1