UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BERNARDINO ANGEL, et al.**, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Civil Action No. 14-cv-1347 (TSC) |
| **DSI BUILDING SERVICES, INC.**, | ) ) ) |
| Defendant. | ) ) ) |

### PROVISIONAL ORDER DISMISSING CASE DUE TO SETTLEMENT

On September 14, 2015, the parties in this matter filed a joint notice informing the Court that they have reached a settlement. (ECF No. 15). Upon receipt of notice that a matter has settled, it is the practice of this Court to issue a provisional order of dismissal that permits the parties to reopen the matter if the settlement is not consummated. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice. If settlement is not consummated, either party may reopen the action until **December 31, 2015**, upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed with prejudice.

Date: September 14, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge